UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| LAUTZENHISER TECHNOLOGIES, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| vs. | ) NO. 4:07-cv-00084-TWP-WGH |
| | ) |
| SUNRISE MEDICAL HHG, INC., | ) |
| SUNRISE MEDICAL INC., | ) |
| PG DRIVES TECHNOLOGY, INC., | ) |
| DELPHI MEDICAL SYSTEMS | ) |
| CORPORATION, | ) |
| | ) |
| Defendants. | ) |

ORDER ADOPTING MAGISTRATE'S
REPORT AND RECOMMENDATION

The Magistrate Judge submitted his Report and Recommendation (Dkt. No. 234) on James K. Knapp and Iva Jean Knapp's Motion to Intervene (Dkt No. 209). The parties were afforded due opportunity pursuant to statute and the rules of this Court to file objections. None were filed. Accordingly, the Court having considered the Magistrate Judge's Report and Recommendation and being duly advised, now approves and adopts the Magistrate Judge's Report and Recommendation as the ruling of the Court.

IT IS THEREFORE ORDERED that James K. Knapp and Iva Jean Knapp's Motion to Intervene (Dkt. No. 209) is **DENIED.**

Dated: 08/27/2010

Distribution attached.

_____
Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution to:

Lee Scott Archer
VALENTI HANLEY & ROBINSON, PLLC
larcher@vhrlaw.com

Alex P. Brackett
MIDDLETON & REUTLINGER
abrackett@middreut.com

William Cosnowski Jr.
5725 Delphi Drive
Troy, MI 48098-2815

Kevin Todd Duncan
VALENTI, HANLEY & ROBINSON, PLLC
kduncan@vhrlaw.com

Glenn Eric Forbis
RADER, FISHMAN & GRAUER PLLC
gef@raderfishman.com

Ted C. Gillespie
MACMILLAN, SOBANSKI & TODD LLC
gillespie@mstfirm.com

Augustus S. Herbert
MIDDLETON REUTLINGER
aherbert@middreut.com

James R. Higgins
MIDDLETON & REUTLINGER
jhiggins@middreut.com

Linda D. Kennedy
RADER FISHMAN & GRAUER PLLC
ldk@raderfishman.com

James E. Milliman
MIDDLETON REUTLINGER
jmilliman@middreut.com

Michael W. Oyler
REED WEITKAMP SCHELL & VICE PLLC
moyler@rwsvlaw.com

John S. Reed
REED WEITKAMP SCHELL & VICE PLLC
jreed@rwsvlaw.com

Theodore T. Storer
ROTHBERG, LOGAN & WARSCO LLP
tstorer@rlwlawfirm.com

Robert B. Thornburg
FROST BROWN TODD LLC
rthornburg@fbtlaw.com

Joel E. Tragesser
FROST BROWN TODD LLC
jtragesser@fbtlaw.com

Michael A. Valenti
VALENTI HANLEY & ROBINSON PLLC
mvalenti@vhrlaw.com